O'MELVENY & MYERS LLP
Gerald C. Bender
Daniel S. Shamah
Jason A. Zimmerman
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Counsel for Joint Provisional Liquidators

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                        :   **Chapter 15**
                                                              :
THE GRANDE HOLDINGS LIMITED                                   :   **Case No. 11-13119 (REG)**
(PROVISIONAL LIQUIDATORS APPOINTED)                           :
                                                              :
Debtor in a Foreign Proceeding                                :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that O'Melveny & Myers LLP appears in this proceeding for the Joint Provisional Liquidators, and requests, effective immediately, pursuant to Fed. R. Bankr. P. 2002(g), that further copies of all papers, including notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be sent to the following counsel:

> Gerald C. Bender
> Daniel S. Shamah
> O'Melveny & Myers LLP
> 7 Times Square
> New York, New York 10036
> (P) 212-326-2000
> (F) 212-326-2061

Email: gbender@omm.com
       dshamah@omm.com

| | |
|---|---|
| Dated: New York, New York<br>June 29, 2011 | **O'MELVENY & MYERS LLP**<br><br>By: /s/ Daniel S. Shamah<br>Gerald C. Bender<br>Daniel S. Shamah<br>Jason A. Zimmerman<br>7 Times Square<br>New York, New York 10036<br>212-326-2000 (Telephone)<br>212-326-2061 (Facsimile)<br><br>Counsel for the Provisional Liquidators |