```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                            :        Chapter 15
                                                  :
THE GRANDE HOLDINGS LIMITED                       :        Case No. 11-13119 (REG)
(PROVISIONAL LIQUIDATORS APPOINTED)               :
                                                  :
Debtor in a Foreign Proceeding                    :
------------------------------------------------------------------ x
```

## ORDER TRANSFERRING VENUE PURSUANT TO 28 U.S.C. § 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1014

Upon the Motion of Fred Kayne, et al. to Transfer Venue of the Provisional Liquidators' Chapter 15 Case to the United States Bankruptcy Court For The Central District Of California Pursuant to 28 U.S.C. § 1412 and Bankruptcy Rule 1014, and to Request that the Correct Venue Be Determined Prior to Ruling on the Chapter 15 Petition for Recognition of Foreign Main Proceeding (Doc. No. 11) (the "Motion to Transfer Venue"), and the Provisional Liquidators' (A) Response to Motion of Fred Kayne, et al. to Transfer Venue of the Provisional Liquidators' Chapter 15 Case to the United States Bankruptcy Court for the Central District of California and (B) Consent to Transfer Venue (Doc. No. 18); and

The transfer of venue of the debtor's case to the United States Bankruptcy Court for the Central District of California having been consented to by the Provisional Liquidators;

IT IS HEREBY:

ORDERED that this matter will be transferred to the United States Bankruptcy Court for the Central District of California pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014. To avoid any undue delay, the Clerk of the Court is directed to expeditiously transfer this case to the United States Bankruptcy Court for the Central District of California, Los

1

Angeles County. The transferee court is requested to hold a hearing on recognition at its earliest possible convenience.

Dated: **_July 20, 2011_**
New York, New York

                                              **_s/ Robert E. Gerber_**
                                              United States Bankruptcy Judge