## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: The Grande Holdings Limited                    CASE NO.: 11–13119–reg

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  15

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## CHANGE OF VENUE OF BANKRUPTCY CASE

Pursuant to a court order by the Honorable Robert E. Gerber, entered on July 20, 2011, the above captioned bankruptcy case has been transferred to:

United States Bankruptcy Court
California Central Bankruptcy Court
Edward R. Roybal Federal Building and Court House
255 East Temple Street, Room 940
Los Angeles, CA 90012–3332

Under Case No.: 2:11–bk–41459BB

All documents, pleadings and proofs of claim must be filed at the new address, using the new case number.

Dated: July 25, 2011                    Vito Genna
                                        Clerk of the Court